**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

REVERSE MORTGAGE SOLUTIONS, INC.,   :   No. 244 EAL 2016

    :

    Respondent   :   Petition for Allowance of Appeal from the Order of the Superior Court

    :

    v.   :

    :

BOLESLAW AND RITA PSUT,   :

    :

    Petitioners   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.